

**Entered on Docket
August 17, 2010**

                *Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

1  KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~
2  201 Las Vegas Blvd SouthSuite 200
Las Vegas, NV  89101
3  (702) 853-0700

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:**<br>**GERTRUDES A SCHWARTZ**<br><br>            **Debtor**<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtor** | Chapter 13<br>BKS-10-22064-BAM<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**EX-PARTE ORDER DISMISSING CHAPTER 13
CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

    As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the forty-five (45) day period, which expired on March 13, 2010.

. . .

. . .

. . .

1     **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3     **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5     **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: August 16, 2010
9 (tsw)