KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:08/18/2010

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
GERTRUDES A SCHWARTZ

CASE NO: BKS-10-22064-BAM

CHAPTER 13

Hearing Date: September 23, 2010
Hearing Time: 1:30 pm

PRO SE DEBTOR
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 0
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 06/29/2010. The 341(a) Meeting of Creditors held on August 17, 2010 at 10:30 am was:

- taken off calendar

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason (s):

- Debtor(s) failed to appear  [11 USC § 341 (a)] GERTRUDES A SCHWARTZ and
- Debtor(s) failed to commence Plan payments  [11USC § 1326 (a) (1)]
- Debtor(s) are delinquent in Plan payments
- Debtor(s) failed to timely file Schedules, Statements, and/other documents [B.R. 1007 (a)(c)] specifically: SCHEDULES, STATEMENTS AND PLAN

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 08/18/2010

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee